UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                     :

TEJUOSHO OLUSINA ADEWALE,                            :

                                     Plaintiff,                                    :
                                                                                  :         21 Civ. 9485 (JPC)
            -v-                                                        :
                                                                                  :              ORDER

OLUBUNMI ADEOLA AKINTOYE *et al.*,               :

                                Defendants.                                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      A hearing on Plaintiff's motion for default judgment, Dkt. 29, currently is scheduled for June 17, 2022, at 1:00 p.m., Dkt. 28.  The Court previously directed Plaintiff to serve a copy of the Court's April 1, 2022 Order scheduling the default judgment hearing on Defendants "within one week of the date of this Order" and to file proof of service on the docket "[w]ithin two business days of service." *Id.* at 2.  The Court also directed Plaintiff to serve Defendants with a copy of the default judgment motion and supporting documents "by April 26, 2022, and . . . file an Affidavit of Service on ECF by April 28, 2022." *Id.* at 1.  The docket does not reflect that Plaintiff has served Defendants with either the Court's April 1, 2022 Order or the default judgment motion.

      Accordingly, it is hereby ORDERED that Plaintiff shall file proof of service of the Court's April 1, 2022 Order and the default judgment motion and supporting documents on the docket by June 2, 2022.  It is further ORDERED that Plaintiff submit supplemental briefing as to his request for attorneys' fees and costs, including the exact amount of attorneys' fees and costs sought and all supporting documentary evidence (*i.e.*, detailed affidavits, time entries, and invoices).  *See Greyhound Exhibitgroup, Inc. v. E.L.U.L. Realty Corp.*, 973 F.2d 155, 158 (2d Cir. 1992) ("While a party's default is deemed to constitute a concession of all well pleaded allegations of liability, it

is not considered an admission of damages.").

    SO ORDERED.

Dated: May 31, 2022
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge