UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :
TEJUOSHO OLUSINA ADEWALE,                   :
                                            :
                       Plaintiff,           :
                                            :          21 Civ. 9485 (JPC)
           -v-                              :
                                            :          ORDER
OLUBUNMI ADEOLA AKINTOYE *et al.*,          :
                                            :
                       Defendants.          :
                                            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 21, 2022, the Court directed Plaintiff to file supplemental briefing addressing, among other things, whether Plaintiff properly served Defendants Olubunmi Adeola Akintoye and Bumak African Stores with the summons and Complaint and, if so, directed Plaintiff to provide an explanation as to how service on these Defendants complies with Federal Rule of Civil Procedure 4.  Dkt. 41.  On June 27, 2022, Plaintiff submitted a one-page supplemental briefing, which did not address all of the topics provided in the Court's June 21, 2022 Order.  Dkt. 42.  Accordingly, it is hereby ORDERED that the parties shall appear for a telephonic conference on July 6, 2022, at 1:00 p.m.  At that conference, Plaintiff shall be prepared to address the following topics in accordance with the Court's prior orders, *see* Dkts. 32, 41:

- Whether Plaintiff properly served Defendants Olubunmi Adeola Akintoye and Bumak African Stores at the 14544 Macbeth Drive address even though the Complaint alleges that Defendant Olubunmi Adeola Akintoye resides at or conducts business from 455 Jackson Avenue and Bumak African Stores conducts business from 455 Jackson Avenue;

- If Plaintiff believes that Defendant Olubunmi Adeola Akintoye was properly served at the 14544 Macbeth Drive address, Plaintiff shall provide an explanation as to how service on Defendant Olubunmi Adeola Akintoye by serving Defendant Oluranti Damilola Akintoye at the 14544 Macbeth Drive address complies with Federal Rule of Civil Procedure 4, including Rule 4(e), which governs service on an individual within a judicial district of the United States; and

- If Plaintiff believes that Defendant Bumak African Stores was properly served at the 14544 Macbeth Drive address, Plaintiff shall provide an explanation as to how service on Defendant Bumak African Stores by serving Defendant Oluranti Damilola Akintoye at the 14544 Macbeth Drive address complies with Rule 4, including Rule 4(h), which governs service on a corporation, partnership, or association.

At the scheduled time, the parties shall call (866) 434-5269, access code 9176261.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with a copy of this Order and file proof of service on the docket by July 1, 2022.

SO ORDERED.

Dated: June 29, 2022
New York, New York

JOHN P. CRONAN
United States District Judge