UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TEJUOSHO OLUSINA ADEWALE,**<br><br>Plaintiff,<br><br>v.<br><br>**OLUBUNMI ADEOLA AKINTOYE, OLURANTI D. AKINTOYE, BUMAK AFRICAN STORES, GEORGE K. WILLIAMS and DAMILOLA AKINTOYE,**<br><br>Defendants. | Civil Action # 1:21-cv-09485-JPC-BCM<br><br>ORDER<br><s>JUDGMENT</s><br><s>[PROPOSED]</s> |

This action, having been commenced on November 30, 2021, by the filing of a Summons and Complaint [ECF Doc. Nos. 7], a copy of which was served pursuant to Fed. R. Civ. P. 4(e) on Defendant **OLUBUNMI ADEOLA AKINTOYE** and Defendants **OLURANTI D. AKINTOYE** and **BUMAK AFRICAN STORES** on December 14, 2021, proof of service of which having been filed on February 8, 2022 [ECF Doc. Nos. 17, 18, 19], and Defendants not having answered or otherwise moved in response to the Summons and Complaint, and the time for answering or otherwise moving in response to the Summons and Complaint having expired [ECF Doc. No. 27], it is hereby

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment <s>is granted; and that it is further,</s> on the breach of contract claim as alleged in Count IV of the Complaint against Defendant Olubunmi Adeola Akintoye is granted.

<s>ORDERED and ADJUDGED that Defendants are jointly and severally liable for damages in the amount of $_____ to the Plaintiffs, as follows:</s> **($4,146,782.05) FOUR MILLION ONE HUNDRED AND FORTY SIX THOUSAND SEVEN HUNDRED AND EIGHTY TWO DOLLARS FIVE CENTS** <s>for compensatory damages;</s>

BE:11925713.1/CHA379-279055

2

~~$_____ in pre-judgment interest at nine percent per annum as set forth in New York's Civil Practice Law and Rules from August 17, 2020 through the date of this judgment; and~~

~~$_____ in pre-judgment interest using the federal rate set forth in 28 U.S.C. § 1961.~~

Dated: <u>  August 16  </u>, 2022
New York, New York

_____
HON. JUDGE JOHN P. CRONAN

Accordingly, it is hereby ORDERED that Defendant Olubunmi Adeola Akintoye is liable for damages to Plaintiff as follows: (i) $4,146,782.05 for compensatory damages on Plaintiff's breach of contract claim; (ii) pre-judgment interest pursuant to CPLR §§ 5001, 5004, calculated at a rate of nine percent per annum from October 21, 2020 to the date of entry of judgment; and (iii) post-judgment interest using the federal rate as set forth in 28 U.S.C. § 1961. The remainder of Plaintiff's claims in Counts I-III, V-IX of the Complaint are dismissed without prejudice.

The Clerk of Court is respectfully directed to calculate pre-judgment interest on $4,146,782.05 at nine percent per annum from October 21, 2020 to the date of entry of judgment.

The Clerk of Court is further directed to terminate Defendants Oluranti Damilola Akintoye and Bumak African Stores from this action.

The Clerk of Court is further directed to enter judgment against Defendant Olubunmi Adeola Akintoye on Plaintiff's breach of contract claim in Count IV, and to close this case.