UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TEJOUSHO OLUSINA ADEWALE,

                Plaintiff,

                                                    21 **CIVIL** 9485 (JPC)(BCM)

        -against-                                    **DEFAULT JUDGMENT**

OLUBUNMI ADEOLA AKINTOYE,
OLURANTI D. AKINTOYE, BUMAK
AFRICAN STORES, GEORGE K. WILLIAMS
and DAMILOLA AKINTOYE,
                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 16, 2022, Plaintiffs' motion for default judgment on the breach of contract claim as alleged in Count IV of the Complaint against Defendant Olubunmi Adeola Akintoye is granted. Defendant Olubunmi Adeola Akintoye is liable for damages to Plaintiff as follows: (i) $4,146,782.05 for compensatory damages on Plaintiff's breach of contract claim; (ii) pre-judgment interest pursuant to CPLR §§ 5001, 5004, calculated at a rate of nine percent per annum from October 21, 2020 to the date of entry of judgment, in the amount of $679,958.65; and (iii) post-judgment interest using the federal rate as set forth in 28 U.S.C. § 1961. The remainder of Plaintiff's claims in Counts I-III, V-IX of the Complaint are dismissed without prejudice; accordingly, the case is closed.

**DATED**: New York, New York
            August 17, 2022

                                                         **RUBY J. KRAJICK**
                                                          Clerk of Court
                                       **BY:** *K. Mango*
                                                          **Deputy Clerk**